LEWIS BRISBOIS BISGAARD & SMITH LLP
David B. Avakian
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
David.Avakian@lewisbrisbois.com
*Attorneys for Defendant,*
ROADWAY MOVERS INC. D/B/A
ROADWAY MOVING

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI BEGELMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>ROADWAY MOVERS INC. D/B/A ROADWAY MOVING; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendant. | CASE NO. 2:20-cv-00717-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff BRANDI BEGELMAN ("Plaintiff"), by and through her counsel Shaun M. Rose, Esq. of Shaun Rose Law LLC, and Defendant ROADWAY MOVERS INC. D/B/A ROADWAY MOVING ("Defendant"), by and through its counsel David B. Avakian, Esq. of Lewis Brisbois Bisgaard & Smith LLP, that Plaintiff's claims against Defendant in the above-entitled action shall be dismissed in their entirety with prejudice, each party is to bear its own attorney's fees and costs.

In support of the Stipulation and Order, the Court is advised that the parties entered into a Settlement Agreement which resolves all of Plaintiff's claims against Defendant.

4831-0973-3863.2

| | |
|---|---|
| Dated this 19th day of May, 2021. | Dated this 19th day of May, 2021. |
| SHAUN ROSE LAW LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: /s/ Shaun Rose<br>Shaun Rose, Esq.<br>Nevada Bar No. 005472<br>9505 Hillwood Dr., Ste. 100<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff* | By: /s/ David B. Avakian<br>David B. Avakian, Esq.<br>Nevada Bar No. 009502<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorney for Defendant Roadway Movers Inc. d/b/a Roadway Moving* |

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Roadway Movers Inc. d/b/a Roadway Moving in the above-entitled matter are hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Court will vacate all future hearings related to this matter.

**IT IS SO ORDERED.**

Dated this 19 day of [~~Month~~] May, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ David B. Avakian
David B. Avakian
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
David.Avakian@lewisbrisbois.com
*Attorneys for Defendant,*
ROADWAY MOVERS INC. D/B/A ROADWAY MOVING

4831-0973-3863.2                              2